United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL WAYNE LOWMAN, SPN #530357, § § § Plaintiff, § § v. § § JUDGE LISA MICHALK, et al., § § Defendants. § | CIVIL ACTION NO. H-25-3295 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of November, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE